JS6

cc: LASC, 25STCV03003

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE SEO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC and DOE 1 through DOE 10 inclusive,<br><br>　　　　　　Defendants. | Case No.:   2:25-cv-02080-RGK-RAO<br>(*removed from Los Angeles Superior Court, Case No. 25STCV03003*)<br><br>Judge:   Hon. R. Gary Klausner<br>Courtroom:   8C<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO REMAND   [10]<br><br>Action Filed: February 4, 2025 |

After full consideration of the Joint Stipulation to Remand submitted by the parties, the Court finds that the stipulation is granted.

IT IS HEREBY ORDERED that this matter be remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

DATED: 4/1/2025

　　　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

---

1

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO REMAND